IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| LARRY JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 3:03-3789-CMC-BM |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GKN AUTOMOTIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff filed this action against his employer alleging discrimination based upon his age and race. Defendant filed a motion for summary judgment on October 14, 2004. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(g), DSC, this matter was referred to United States Magistrate Judge Bristow Marchant for a Report and Recommendation ("Report"). The Report, filed May 9, 2005, recommended that Defendant's motion for summary judgment be granted. The matter is presently before this court on Plaintiff's objections to the Report, filed May 20, 2005. Defendant filed a response to Plaintiff's objections on June 1, 2005, but Defendant did not object to any part of the Report.

    This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

    The court has carefully reviewed Plaintiff's objections, the Report, and all related documents. Plaintiff objects to the Report's recommendation in general, but does not specify any particular flaws in the Magistrate Judge's reasoning nor identify any genuine issues of fact

remaining for trial.  Plaintiff's objections are merely a restatement of his brief in response to Defendant's motion for summary judgment, without any new arguments, clarifications, or even any citations to case law.  The court finds that the concerns raised by Plaintiff's objections are adequately and correctly addressed by the Magistrate Judge's thorough and exhaustive Report and agrees with the recommendation of the Magistrate Judge.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

IT IS HEREBY ORDERED that the Defendant's motion for summary judgment be GRANTED and that this case be dismissed with prejudice.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 7, 2005

C:\temp\notesB0AA3C\03-3789 tp-Jenkins v. GKN Automotive - R&R adopted, sj granted.wpd